■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE A. ROCA, Appellant. [847 NYS2d 873]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered October 25, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1]). Contrary to the contention of defendant, the record establishes that he voluntarily, knowingly, and intelligently waived his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Kemp*, 94 NY2d 831, 833 [1999]). That valid waiver encompasses defendant's challenge to County Court's suppression ruling (*see Kemp*, 94 NY2d at 833; *People v Conway*, 43 AD3d 635 [2007]; *People v Gordon*, 42 AD3d 964 [2007], *lv denied* 9 NY3d 876 [2007]). Present—Scudder, P.J., Gorski, Lunn, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WESLEY BRUCE, Also Known as AL, Also Known as L, Appellant. (Appeal No. 1.) [847 NYS2d 874]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, J.), rendered December 12, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Gorski, Lunn, Fahey and Peradotto, JJ.